UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE. No.: _____

IN RE: SEIZURE OF:

BANK OF AMERICA ACCOUNT # ENDING
IN X0172, VALUED AT $163,370.00 AND
BANK OF AMERICA ACCOUNT # ENDING
IN X0172, VALUED AT $474,125.27
_____/

## UNITED STATES' AGREED MOTION TO EXTEND TIME IN WHICH TO FILE COMPLAINT

The United States through the undersigned attorney files this agreed motion to extend the time in which to file its complaint and submits that:

1. On July 30, 2020, members of the Drug Enforcement Administration ("DEA") liquidated and officially closed a bank account, Bank of America account number ending in X0172, which contained funds derived from the sales of U.S. registered aircraft used to transport narcotics.

2. On December 4, 2020, DEA received a claim contesting the forfeiture and alleging ownership of the $637,495.27 in U.S. currency contained in the Bank of America account number ending in X0172 filed by Christian Nunez, through his counsel Jay A. White, Esquire.

3. On January 19, 2021, DEA referred the claim to the United States Attorney's Office for the Southern District of Florida for the initiation of Judicial Forfeiture Proceedings.

4. Pursuant to Title 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint for forfeiture 90 days after a claim has been filed or if no complaint is filed, to release

the property. The statute also provides that the Court may extend the time for good cause shown or by agreement of the parties.[1]

5. The deadline for filing a civil complaint in the above described matter was originally scheduled to expire on March 4, 2021, given the filing date of the above claim.

6. However, Administrative Order 2020-58, dated August 27, 2020 extends the deadline for filing of a civil forfeiture complaint or inclusion of the property in a criminal indictment for a period of 60 days from the current deadline established by 18 U.S.C. § 983(a)(3)(A), Administrative Order 2020-28, and/or Administrative Order 2020-42. Hence, extending the deadline to July 2, 2021.

7. The ongoing negations between the parties in this matter appear to be close to complete. However, negotiations will require additional time to be finalized. In order to minimize duplication of efforts and to coordinate any on-going criminal prosecution and the pending-civil deadline, the United States would like to extend the time for filing its complaint until September 7, 2021, in order to obtain a complete resolution of the seized assets.

8. In accordance with Rule 7.1 (a)(3), of the Local Rules for the Southern District of Florida, undersigned counsel contacted Jay A. White, Esquire, Counsel for Christian Nunez, who agreed with and has no objection to the requested deadline extension.

---

[1]Title 18 USC 983(a)(3)(A) reads:
Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the matter set forth in the Supplemental Rules for Certain Admiralty and Martime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon **agreement** of the parties.

WHEREFORE, the United States requests that the Court enter the attached order extending the complaint filing deadline until September 7, 2021.

## LOCAL RULE 88.9 CERTIFICATION

Pursuant to Local Rule 88.9, I hereby certify that the undersigned counsel has conferred with defense counsel via e-mail on June 15, 2021, and there is no opposition or objection to the relief sought.

Respectfully submitted,

**JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY**

By:     *s/ Richard O. I. Brown*
Richard O. I. Brown
Assistant United States Attorney
Court ID No.: A5500257
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: (561) 209-1053
E-mail: richard.brown@usdoj.gov